UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY WASHINGTON, | ) | 1:06-cv-01444-OWW-SMS-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| JAMES E. TILTON, Director of California Department of Corrections and Rehabilitation, | ) ) ) | **ORDER DIRECTING CLERK TO SEND PETITIONER STANDARD 1983 FORM FOR CLAIMS** |
|     Respondent. | ) ) | |
| | | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On December 13, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief, and that the Clerk of Court be DIRECTED to send Petitioner the standard form for claims pursuant to 42 U.S.C. § 1983.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) days from the date of service of that

1

order.  To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 13, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief;

3. The Clerk of Court send Petitioner the standard form for claims pursuant to 42 U.S.C. § 1983; and,

4. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   January 26, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

2